# U.S. Bankruptcy Court
**District of Colorado**

| | | | |
|---|---|---|---|
| In re: | VILLAGE POINTE PROPERTY OWNERS ASSOCIATION, INC.<br><br>**Debtor(s)** | ) | **Case No:** 26-10314 TBM |
| | VILLAGE POINTE PROPERTY OWNERS ASSOCIATION, INC.<br><br>**Plaintiff** | ) | **Adv. Proc. No.** 26-1170 TBM |
| **v.** | FIRST AMERICAN TRUST FSB, AS TRUSTEE, ET AL.<br><br>**Defendant** | ) | |

***SUMMONS IN AN ADVERSARY PROCEEDING***

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

***Address of Clerk***

***Clerk, U.S. Bankruptcy Court***
***District of Colorado***
***721 19th St.***
***Denver, CO 80202-2508***

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

***Name and Address of Plaintiff's Attorney***

| | | |
|---|---|---|
| ***Kevin S. Neiman*** | ***Brandy Sargent*** | ***Daniel Eliades*** |
| ***Law Offices of Kevin S. Neiman, P.C.*** | ***K&L Gates LLP*** | ***K&L Gates LLP*** |
| ***PO Box 100455*** | ***One SW Columbia St., Ste. 1900*** | ***One Newark Ctr, 10th Fl.*** |
| ***Denver, CO 80250*** | ***Portland, OR 97204*** | ***Newark, New Jersey 07102*** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

U. S. BANKRUPTCY COURT * DISTRICT OF COLORADO * SEAL

**Kenneth S. Gardner, Clerk**

**Date Issued**

**August 11, 2026**

continued caption:
**Listing of Defendant Names:**

Benjamin Rex Aagard

Jeana Marie Aagard

Delores Acree

Re Acree

Pamela Adkins

Raymond Adkins

Estate of Isabella Alexander

Margaret Algire

Richard Algire

Steven Alkov

Susan Alkov

Elaine Allen

Susan Alonzi

Jose Anaya

Lillian Anaya

Frank Aragon

Gloria Aragon

Aria Finch

Robert Arnot

Hector Arzate

Rosemary Arzate

Eric Assam

Association Village Pointe

Antonio Astran

continued caption:
**Listing of Defendant Names:**

Rosalie Ann Astran

Amanda Atchley

Jolynn Atkinson

Leonard Atkinson

Beverly Attema

Cornelius Attema

Dennis Austin

Carol Auten

Dennis Avery

Dorothy Avery

Thomas Baker

Victoria Bal

Emily Kay Baron

Peter Bartlett

Judy Batschi

Matthew Batschi

Jeffrey Bayer

Sylvia Bayer

Michael Bea

Kenneth Beale

Estate of Catherine Beard

Estate of James Beard

Darsi Beasley

John Beasley

Velma Beeghly

continued caption:
**Listing of Defendant Names:**

Tricia Zellman Beevers

Christopher Bemus

Kelly Bemus

Estate of Shirley Bengston

Star Bengston - Executor

Estate of Wayne Bengston

Christine Marie Berkley

Royce Berkley

Geoffrey Beserra

Madeleine Beserra

Debra Birkhauser

Kathy Blocker

Bob Finch

Delbert Bodeker

Mary Ann Bodeker

Catherine Bollacker

Jay Bollacker

John Bone

Myra Bone

Debra Boring

Don Boring

Shawn Box

Tiffany Box

Estate of Anthony Bradley

Jeffrey Bradley

continued caption:
**Listing of Defendant Names:**

Lori Bradley

Anne Brauweiler

Ouida Brazell

Patricia Brazell

Diane Bredsdorff

Soren Bredsdorff

Mary Breitigam

James Brewster

Patricia Brewster

Gary Bright

Linda Bright

Fay Brink

Patricia Brink

Jana Brittan - POA

Terry Harmon Britton

Barbara Brockway

James Brockway

Crystal Brosterhous

Philip Brosterhous

Dasia Brown

Lee Ann Brown

Matthew Kent Brown

Rebecca Czerwin Brown

Samuel Brown

Michael Elmer Brunskill

continued caption:
**Listing of Defendant Names:**

Susan Lynn Brunskill

Patricia Bryan

Estate of Terry Bryan

Kimberly Buckler

Janice Bufmack

Sarah Burcham

Theresa Burchett

Jayme Burden

Kristi Burden

David Burkett

Judi Burkett

Robert Burnett

Marcia Burns

Patrick Burns

Evan Burris

Meagan Burris

George Robert Burtner III

Mary Kathleen Pratt Burtner

Daniel Lee Butler

James Butler

Mary Butler

Candido Cabrera

Gary Campbell

Nancy Campbell

Patricia Cannedy

continued caption:
**Listing of Defendant Names:**

Carol Jean Capelle

David Paul Capelle

Cindy Capes

Randy Capes

Eva Carleton

Scott Carleton

Gregory Scott Carlin

Jana Gail Carlin

Charles Carlson

Melanie Carlson

Roger Carlson

Mary Carothers - Executor

Donna Carroll

June Cash

Robert Cash

Brian Cashore

Dawn Cashore

Cecily Cass

Stanley Cass

Gerald Caswell

Teresa Caswell

Anne Holcomb Causey

Jean Cerami

Lorraine Cesare

Edward Chacon

continued caption:
**Listing of Defendant Names:**

Iliana Chacon

Frederick Chapman

Sandra Chapman

Chris Chappell

Shalonda Vessel Chappell

Denise Chesne

Donald Chiappetta

Mandy Chiappetta

James Childs

Maria Childs

Cheryl Chin

Tim Chin

Jeffrey Chisham

Nancy Chisham

Boyd Christensen - Trustee

Harold Christensen

Harold Christensen

Susan Christensen - Trustee

Nanell Lyn Clark

Clements Loans and Real Estate Inc.

Amy Coffey

Ara Cole

Bruce Cole

Roger Collier

Susan Collier

continued caption:
**Listing of Defendant Names:**

Paula Colyer

James Compton

Anita Patterson Conway

Joseph Conway

Lynn Cook

Lance Coonrod

Sara Coonrod

Nancy Cramer

David Crimin

Estate of Duane Crimin

Rochelle Crimin

James Croshal

Kathleen Croshal

Leslie Curran

CWH Research INC

Beverly Dale

Theresa Dalton

Venkata Darbha

Julie Crimin Davies

Heather Davis

Joel Davis

Matthew Davis - POA

Patricia Davis

Ronald Davis

Stephen Davis

continued caption:
**Listing of Defendant Names:**

Timothy Davis

Kerry Davison

B J Dean

Denice Decker

Michael Decker

Larry Dees

Norma Dees

Joanne Denton

Robert Denton

Louis Depauli

Josephine Derryberry

Norman Derryberry

Robert Derryberry

Estate of Sharon Deterding

Estate of Sharon Deterding

Patrick Dewey

Patrick Dewey

Jeral Dickenson - Agent

Michael Dickenson - Agent

Douglas Dipaolo

Teresa Dipaolo

Howard Dold

Gine Donoghue

James Donoghue

Terence Doub

continued caption:
**Listing of Defendant Names:**

Terence Doub

Larry Dowty

Rita Dowty

Brenda Drape

Tom Drape

Don Duncan

Matthew Duncan

Estate of Patricia Kay Duncan

Whitney Duncan

Michelle Edwards

Paul Edwards

David Ehrhart

Hans Eilers

Hans Eilers

Lars Eilers

Lars Eilers

Lisa Michele Autrey Eilers

Lisa Michele Autrey Eilers

Lynley Eilers

Lynley Eilers

Judy Einspahr

Orin Einspahr - Trustee

Fred Ellis

Joeline Emrick

Ronald Emrick

continued caption:
**Listing of Defendant Names:**

Linda Engles

Heather Marie Epstein

Ellen Estes

Ronald Estes

Debra Ewer

Stephen Ewer

Michael Fanning

Christopher Fascitelli

Marlene Fender

Randy Fender

Parks Fields

J Finnegan

J P Finnegan

First American Trust FSB, As Trustee

Mary Ellen Forbes

Patrick Forbes

Charles Forsyth

Kathryn Fox

Kathryn Fox

Kathryn Fox

Linda Kay Francis - Trustee

Allan Dean Frandsen

Lennet Froelich

Randolph Froelich

Valerie Frost - Trustee

continued caption:
**Listing of Defendant Names:**

Melissa Dawn Futrell

Paul Futrell

Roberta Kay Fyfe

Anna Gage

Gerald Gage

Jennifer Gage

Jennifer Gage

Randy Gage

Randy Gage

Dana Gardner - POA

Glen Gardner

Laura Gardner

Janet Garoutte

Laura Garvey

Robert Garvey

Paul Getz - Trustee

Philip Gianni

Mickey Gibson

Patricia Gibson

Joan Gilbertson

Jerry Ginn

Amy Gnadt

Jay Gnadt

Steven Goering - Trustee

Estate of Joe Gomez

continued caption:
**Listing of Defendant Names:**

Estate of Louann Gomez

Kathi Goodwin

Larry Goodwin

Deena Graham

Gregory Graham

Jeri Graham

Josh Graham

Estate of Carolyn Gray

Gregory Gray - Executor

Estate of Millard Gray

Norman Gray - Trustee

Sharon Gray - Trustee

Lisabeht Grell

Russell Grell

Cheryl Grieco

Joseph Grieco

Margaret Griego

Gregory Griffin

Kimberly Griffin

Larry Grube - Trustee

Lydia Grube - Trustee

Gil Gunn

Melinda Gunn

Mark Gustafson

Suzanne Gustafson

continued caption:
**Listing of Defendant Names:**

Patrick Gutmann

Carol Habershon

Christopher Haddock

Jacob Hadley

Estate of Charles Hairston

Estate of Janet Lynn Hairston

Allen Hale

Ruthie Hale

Allyne Peterson Hall

Rebecca Hall

Sheldon Hall

Katharine Halpin

Clare Hamilton

Robert Hamilton

John Hampel

Rebecca Hampel

Trisha Hamric

Jeffery Hamrick

Frances Hardwick

Kenneth Hardwick

Kenneth Hardwick

Maria Oneida Hardwick

Maria Oneida Hardwick

Alan Harrell

Joan Harrell

continued caption:
**Listing of Defendant Names:**

David Harris

Janet Harris

Sara Harris

Helen Hass

Marshall Hass

Minita Heed

Stanley Heed

Edwin Henderson

Raelene Henderson

Estate of David Henson

Judith Henson

Carl Herbster

Debbralee Herbster

Adalyn Hildebrand

Eric Hildebrand

Thomas Hildebrand

Billie-Jean Holcomb

Jeffrey Hooten

Jodi Hooten

Christopher Hornick

Christopher Hornick

George Howell

Donald Hudson

Marianne Louise Hudson

Christi Hunt

continued caption:
**Listing of Defendant Names:**

Mary Hylton

Richard Hylton

Gary Hymer

Jennifer Hymer

Crystal Ann Iceman

Jacob Thomas Iceman

Terry Impson - VP

Jennifer Ingersoll

John Ingersoll

International Holiday Systems

Jane Ann Ireland

Rickey Ireland

Daniel Jacobs

Erin Jacobs

Dennis Jacobson

Mary Jacobson

Bennie Jarrett

Netta Jarrett

Stephen Jeffs - Trustee

Neil Jehle

James Jennison

Neil Jense - Trustee

Marilyn Jensen - Trustee

Beth Ann Jeter

Walter Jeter

continued caption:
**Listing of Defendant Names:**

Rebecca Jilek

Robert Henk Johan

Constance Johnson

Lester Johnson

Christopher Jones

Jared Jones

Richard Jones

Robin Jones

Lucille Joseph

Joseph Sinclair

Billeye Juarez

Christopher Juarez

J W Meacham Trust

Gary Kapp

Gary Kapp Partner

Penny Kapp

Sue Ann Karlin

William Fred Karlin

Celia Katz

Michael Kaufman

Sonja Kaufman

Victoria Kay

Carl Keane

Kearns And Alexander

Julia Keating

continued caption:
**Listing of Defendant Names:**

Richard Keen

Eugene Kelly

Virginia Kelly

Jamie Kemp

Ronald Kemp

Latrese Kendrick

Noble Kendrick

Carol Kerr

Michael Kerr

Luz Kimble

Robert Kimble

Melinda Frandsen King

James Kirkpatrick

Linda Kirkpatrick

Bonnie Kish

Patricia Klee

Robert Klee

Kristin Morawetz Klein

Patricia Knappert

Curtis Knolhoff

Janet Knolhoff

Clara Knous

Thomas Knous

Estate of Lisa Kollman

Brenda Kophamer

continued caption:
**Listing of Defendant Names:**

Marilyn Kothenbeutel

Diana Krausnick

Herbert Kroninger

Deborah Kubin

Gregory Kubin

John Kyle

Lucy Kyle

David Ross Landgraf

Tania Lei Landgraf

Carol Lands

E Adelle Lane

Robert Lane

John Lanka

Laura Lantz

Anthony Larkin

Rae Larson

Thomas Larson

Tanya Latone

Anita Lee

Charles Lee

Pamela Leitnaker

Thomas Leitnaker

A Lemieux

Michael Leonardi - Trustee

Dalton Lewis - Trustee

continued caption:
**Listing of Defendant Names:**

Nancy Lewis

Omajean Lewis - Trustee

William Lewis

Chad Liston

Tammy Liston

Janice Littlehales - Trustee

Thomas Littlehales - Trustee

Ryan Livingston

Annette Lloyd

Lawrence Lloyd

Jason Lobato - TTEE

Nikki Lobato - TTEE

Jeanette Michel Lockhart

Carol Lohmann

Darlene Look

Paul Look

Linda Lunsford - Trustee

Wayne Oliver Lunsford

John Maddalozzo

Sarah Maddalozzo

Pamela Ann Mahoney

Patsy Manasco

Patsy Manasco

Lyle Mann

Lecia Mapel

continued caption:
**Listing of Defendant Names:**

Ronald Mapel

Andre Markusfeld

Philip Marquez

Rose Marquez

Audrey Martinez - Trustee

Dora Martinez

Lydia Martinez

Manuel Martinez

Paul Martinez

Ruth Massie

Steven Massie

Estate of Bill Matlock

Sandra Matlock

Diane Mays

Robert Mays

Marcus Mcclain - Agent

Kathleen Mcclelland

Larry Mcclintock - Trustee

Margaret Mcclintock

Carol Bradly Mcconnell

Vicki Lynn Mcconnell

Darla Mcdade

Ray Mcdade

Patrick Mcdaniel

Betty Mcdonald

continued caption:
**Listing of Defendant Names:**

Steven Mcdonald

Jack Mcfarland

Shannon Mcfarland

Betty Boyce Mcgrath

Daniel Andrew Mcgrath

Anita Mcmullen

Danny Mcmullen

Joel Meacham

Yvonne Meakin

Charles Melancon

Pamela Melancon

Gina Melvin

James Melvin

L Stephen Melzer

Sally Melzer

George Meneghini

Joann Meneghini

Anton Mentlik

Kathleen Mentlik

Brian Van Metre

Norma Van Metre

Michael Metzger

Sally Metzger

Margaret Meyer

Anissa Miller

continued caption:
**Listing of Defendant Names:**

Gregory Mills

Margaret Mills

Brent Alan Mitchell

Michael Mladejovsky

Charlene Moore

Gregory Moore

Estate of Hugh Moore

Estate of Phyllis Moore

Kirk Morawetz

Dorinda Morris

Jennifer Morrison

Judith Morrow

Moses Morrow

Camilla Morton

Franklin Morton

James Moseley

Neil Mothew

Bruce Mowry

John Murphy

John Murphy

Paula Murphy

Arlene Muthersbough

John Muthersbough

Gene Myers - Trustee

Irma Myers - Trustee

continued caption:
**Listing of Defendant Names:**

Charles Neumann

Estate of Judith Nottrott

Carol Noyes - Trustee

Karen Noyes - Trustee

Sarah O'Brien

Estate of Simon Peter O'Hanlon

Janet Katherine Oberle

John Odell

Kathryn Odell

Estate of William Walsh Jr.

Of God New Mexico Assemblie

Estate of David Ohlendorf

Francine Olmstead - Executor

Barbara Ortega

Daniel Ortega

Lewis Pack

Lillian Pack

Donna Sue Palmer

Juanita Paradis

Estate of Roger Paradis

Brian Douglas Parker

Partnership Hpj Family LTD

Patricia Childs Patane

Holly Patton

Vivian Patton

continued caption:
**Listing of Defendant Names:**

Joan De Pauli

Rodney Lee Pearman

Eleanor Pearson

Leonard Pearson

Phillip Pennington

Michael Perez

Mark Perry

Kim Morawetz Petersen

Kimberly Peterson

Charles Petry

Charles Petry

Susan Petry

Susan Petry

Jeanene Pierce

Gerald Piotrowski

Sharri Piotrowski

Jack Pitluk - Trustee

Estate of Suzanne Pitluk

Brigitte Plumb

Catherine Plummer

Freddie Powell

Marilyn Powell

Ramakrishna Prahbala

Robin Pratt

Keri Priest

continued caption:
**Listing of Defendant Names:**

Teresa Rawlings

Gary Redden

Karen Redden

Sandra Reed

Richard Rehder

Mary Reimann

Estate of Steve Reimann

Crystal Reynolds

Diane Reynolds

Amy Rico

Guillermo Rico

Guillermo Rico

R Lilia Rico

Douglas Riley

Jeanne Rives

Wayne Rives

Daniel Roach

Wanda Roach

Cynthia Roberts

Stephen Roberts

Jill Robertson

Douglas Robinson

Katherine Robinson

Bryce Roderick

Val Roderick

continued caption:
**Listing of Defendant Names:**

Michael Rodrigues

Teresa Rodrigues

Audrey Romero

David Romero

Eddie Romero

Stephanie Romero

Estate of Mary Doris Rounds

Richard Rounds

Christina Winsey Rudd

Dennis Rudd

Jeffrey Runion

Susan Runion

Jerry Rupe

Nikki Rupe

Donald Ruppanner

Robin Ruppanner

Paul Rush

Michelle Fascitelli-Ruth

Linda Rycroft

Eloise Salazar

John Salazar

Lennis Sanders

Wendy Sanders

Gerald Sandin

George Sandoval

continued caption:
**Listing of Defendant Names:**

Jane Sandoval

Pat Sandoval

James Schantz

Estate of Phyllis Schantz

Brian Scherbaum

Charles Scherbaum

Jaqueline Schmidt

Michael Schmidt

Bonnie Schriner - Executor

Harold Schrock

Brigitte Schulz

Donald Gerard Scott

Harley Scott Trustee

Lois Scott

Svetlana Scott

Heather Sears

Douglas Paul Seidel

Christopher Shook

David Shook

David Shook

Benjamin Darrel Short

Betty Molina Short

Melonie Shue

Michael Shue

Donna Shuler

continued caption:
**Listing of Defendant Names:**

Edward Shuler

Sherry Sickler

Caroline Sills

Larry Sills

Glenda Simpson President

Glenda Simpson President

Travis Simpson Secretary

Sharrell Slone

Albert Sly

Phil Smauder

Joanne Smith

Reola Smith

Ricky Smith

Valdimar Smith

Brian Snellgrove

Julie Snellgrove

Keith Southerton

Susan Southerton

Martha Fiedler Spring

Danny Ray Spurlock

Paul Squyer

Susan Squyer

James Stallings

Mary Ann Stallings

Mary Stamper

continued caption:
**Listing of Defendant Names:**

Christiane Topaz Standlee

Norman Christopher Standlee JR

Estate of Donna Steele

Joseph Steele

Karen Steele

Kevin James Steele - Executor

Estate of Martin Steele

Adeline Stern

Oliver Stern

Amelia Sudheimer

Donald Sudheimer

Austin Sutton

Shirley Sutton

Carolyn Swanson

Michael Swanson - Trustee

Jeanne Symonds

Barry Charles Taff

Virginia Vaughan Taff

Wesley Taff

Deborah Lurleen Talbert

Doyle Travis Talbert

Lori Tappan

Edward Taylor

Linda Taylor

Kenneth Teixeira

continued caption:
**Listing of Defendant Names:**

Renee Teixeria

Loren Tejada

Joyce Ann Thompson

Mark Thompson - Trustee

Mark Thompson - Trustee

Neal Thompson

Kenneth Tidmore

Nonie Tidmore

Timeshare Freedom LL

Emilio Tiqui

Anita Torres - Trustee

Jeremias Torres - Trustee

Michael Tower

Robyn Tower

Vicki Townsend

Cindy Trogus

Michael Trogus

Connie Turner

Lori Turner - Trustee

Robert Turner - Trustee

Mary Uhrlaub

John Valdez

Regena Valdez

Thomas Valdez

Thomas Valdez

continued caption:
**Listing of Defendant Names:**

Kim Valentine

Nancy Valentine

Ishmael Valenzuela

Paula Valenzuela

David Randall Vaught

Terri Ellis Vaught

Consuelo Velarde

Victor Velarde

Donna Vineyard - Trustee

Carolyn Wallace

Horace Wallace

Barbara Wallingford

Rex Wallingford

Nancy Walsh

Estate of Sally Jean Walsh

Carl Ward

Clara Ward

Robbie Ward

Kathleen Warren

Cailen Morgan Wattenbarger

Sherri Weaver

Charles Webb

Sandra Webb

Sylvia Webb

David Weber

continued caption:
**Listing of Defendant Names:**

Sandra Robben Weber

David Webster

Douglas Webster

Marion Weinzweig

James Wester

Candace Whitesel

John Whitesel

Leo Wiederholt

Mary Wiederholt

Anthony Williams

Douglas Williams

Katie Taff Williams

Margaret Williams

Mary Williams

Stephanie Williams

Brian Willie

Molly Willie

Christopher Winkel

R Michelle Winkel

Hung Nguyen Winn

Lee Winn

Denise Wisdom

Dennis Wisdom

Phyllis Wolf

Susan Woods

continued caption:
**Listing of Defendant Names:**

Timothy Woods

Jeff Woodward

Worldmark, The Club

Carole Wright

Paul Wright

Rita Wright

Robert Wright

Sandy Wright

Thomas Wright

Wyndham Vacation Resorts, Inc.

Barbara Yaschik

Janet Yost

Wesley Yost